# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:11-00162 |
| ) | Judge Trauger |
| KRISTOPHER T. WILLIAMS ) | |
| ) | |

## O R D E R

It is hereby **ORDERED** that a hearing will be held on the Petition to Revoke Supervision (Docket No. 29) on Thursday, August 30, 2012, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 20th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge