Motion GRANTED.
Hearing reset for
9/21/12 at 2:00 PM.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )     NO. 3:11-cr-00162
                                  )     JUDGE TRAUGER
KRISTOPHER T. WILLIAMS            )

MOTION TO CONTINUE

The United States of America, by and through S. Carran Daughtrey, Assistant United States

Attorney for the Middle District of Tennessee, moves to have the sentencing hearing in this case

continued from August 30, 2012.  The undersigned makes this request as the U.S. Probation Officer,

Donna Jackson, had previously received a subpoena to appear in state court and does not know how

long that matter will take.  Thus the government respectfully requests a continuance to another date

convenient for this Court.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically
or by mail to Isaiah Gant, Assistant Federal Public Defender, on this the 27th day of August, 2012.

s/ S. Carran Daughtrey
S. Carran Daughtrey