# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:11-00162 |
| ) | Judge Trauger |
| KRISTOPHER T. WILLIAMS ) | |

## O R D E R

It is hereby **ORDERED** that the revocation proceeding scheduled for September 21, 2012 is **RESET** for Thursday, September 27, 2012, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 12th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge